UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
AUG 25 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **1:26-cr-**74 |
| **v.** | ) | |
| | ) | **Judge** McDonough / Steger |
| | ) | |
| **CHARLES TEPPENPAW** | ) | |

**INDICTMENT**

**COUNT 1**

The Grand Jury charges that on or about February 17, 2026, in the Eastern District of Tennessee, the defendant, CHARLES TEPPENPAW, knowingly and willfully transmitted in interstate commerce by telephone and messaging platform a communication to K.T. that the defendant was going to "tie[ ] you [K.T.] to my table raping you then slowly dismembering you piece by piece" and words to that effect, a communication that contained a threat to injure K.T., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

[redacted]

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: ______________________
Jonathan Wilson
Assistant United States Attorney